**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LOUIS SMITH, IV**
**#167907** **PLAINTIFF**

**v.** **No. 4:26-cv-752-DPM**

**AUTUMN R. SMITH, #586 Conway Police Department/Faulkner County Police Department; SHAD FOLEY, #2303 Conway Police Department/Faulkner County Policy Department; LOGAN LEIJA, #585 Conway Police Department/Faulkner County Police Department; and FAULKNER COUNTY, ARKANSAS, Government Entity/Political Subdivision** **DEFENDANTS**

## JUDGMENT

Smith's complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

7 August 2026